TRULINCS 53767004 - PETERKINE, DARRYL L - Unit: COL-A-C

----------------------------------------------------------------------------------------------------

FROM: 53767004
TO:
SUBJECT:
DATE: 05/17/2021 08:10:13 PM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA
    Plaintiff,

v.

DARRYL PETERKINE
    Defendant,

FILED BY MEE D.C.

MAY 20 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

CASE NO. 15-CR-80005-RLR

MOTION TO NUNC PRO TUNC STRIKE ERRONEOUS INFORMATION FROM "PSI REPORT" THAT HAS CAUSED A FIVE(5) LEVEL SENTENCE INCREASE FOR THE NON-ADMITTED FACTS BY DEFENDANT HEREIN CONCERNING THE 924(C) USE OF FIREARM DURING HOBBS ACT ROBBERY/ NOR DID HE WAIVE HIS SIXTH AMENDMENT RIGHT TO HAVE A JURY FOUND THE CRIME OF VIOLENCE ENHANCEMENT OF SENTENCE AS REQUIRED UNDER UNITED STATES V. WASHINGTON, 404 F.3d 834(4TH cir. W.Va, April 15, 2005)

    Comes now the defendant, Darryl Peterkine, who is proceeding pro se in the above style captioned cause pursuant to a Motion to Nunc Pro Tunc Strike Erroneous Information from "PSI Report" etc., and thus the foregoing grounds will show:

    1) Hence, the defendant proceeded on March 26, 2021 in filing a Rule 60(b) Motion within the forum of this Honorable Court seeking a reduction of sentence due to the 924(c) firearm enhancement of five(5) levels entered therein his PSI Report on Page #13, Line #45.(DE 198).

    2) Subsequently, the Court proceeded in denying the same, after receiving the governments response, on April 15, 2021, on the grounds that the Rule 60(b) was inapplicable to a criminal case.

    3) Thus, as of current, defendant will move this Honorable Court via Nunc Pro Tunc to strike the erroneous five level firearm enhancement of sentence printed therein his presentence report(PSI) and reduce his current unlawful sentence of 188 months concurrent and remand this cause for a possible discharge from custody in accordance with time served by him. Please SEE UNITED STATES V. WASHINGTON, 404F.Ed 1218(4TH cir. W.Va April 15, 2005). So Prayed!

Date: May 17th 2021

Respectfully Submitted,

Darryl Peterkine
Darryl Peterkine, Pro Se

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of this Motion to Nunc Pro Tunc has been sent via First Class U.S. Mail to the Clerk of Court. A copy will be sent to Ms. Aurora Fagan Esq., Assistant United States Attorney at 500 S. Australian Avenue Suite 400, West Palm Beach, Fl 33401 via US mail as well, this 17th day of May 2021.

Darryl Peterkine
Darryl Peterkine, Pro Se

Darryl Peterking, No. 55787-004
FCC Coleman Low
Federal Correctional Complex
P.O. Box 1031
Coleman, FL 33521

SAINT PETERSBURG FL
18 MAY 2021 PM 4 L

LEGAL MAIL

To: CLERK, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
701 Clematis Street
~~Suite~~ Room 402
West Palm Beach, FL 33401

33401-511202